CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>    v.<br><br>MCKEE MEDICAL CENTER OWNERS' ASSOCIATION, INC., a California Nonprofit Corporation; DANIEL L. WANG, in individual and representative capacity as trustee of The Wang Family Living Trust Dated December 12, 1999; BRENDA SU WANG, in individual and representative capacity as trustee of The Wang Family Living Trust Dated December 12, 1999; MCKEE MEDICAL PHARMACY, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 3:19-CV-07153-VC<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants McKee Medical Center Owners' Association, Inc., a California Nonprofit Corporation; Daniel L. Wang, in individual and representative capacity as trustee of The Wang Family Living Trust Dated December 12, 1999, Brenda Su Wang, in individual and

representative capacity as trustee of The Wang Family Living Trust Dated December 12, 1999and McKee Medical Pharmacy, Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: February 17, 2020         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock

Amanda Lockhart Seabock

Attorneys for Plaintiff